**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| KYUNG HWAN CHOI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID LONG, Warden,<br><br>　　　　Respondent. | NO. CV 16-6817-JVS (AS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　　　DATED: May 10, 2018.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE